[No. 19655-7-II.    Division Two.    December 20, 1996.]

THE STATE OF WASHINGTON, *Respondent*, v. LEONARD
M. HART, *Appellant*.

Appeal from a judgment of the Superior Court for Thurston County, No. 95-8-00439-2, Scott Neilson, J. Pro Tem., entered May 25, 1995. *Affirmed* by unpublished opinion per Bridgewater, J., concurred in by Houghton, A.C.J., and Roof, J. Pro Tem.

[No. 33986-9-I.    Division One.    December 23, 1996.]

THE STATE OF WASHINGTON, *Respondent*, v. ANDREW
LLOYD THOMAS, *Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 89-1-01340-6, Joseph A. Thibodeau, J., entered January 12, 1994. *Affirmed* by unpublished opinion per Grosse, J., concurred in by Webster and Cox, JJ.

[Nos. 34089-1-I; 34780-2-I.    Division One.    December 23, 1996.]

THE STATE OF WASHINGTON, *Respondent*, v. WILLIAM
JOSEPH MILLER, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 93-1-05525-7, Harriett M. Cody, J., entered February 4, 1994. *Affirmed* by unpublished opinion per Coleman, J., concurred in by Kennedy, A.C.J., and Webster, J.

[No. 34567-2-I.    Division One.    December 23, 1996.]

MARK GRIPP, ET AL., *Respondents*, v. BONNIE J.
PEASE, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 94-2-04502-4, Peter D. Jarvis, J., entered April 6, 1994. *Affirmed in part, reversed in part* and *remanded* by unpublished opinion per Webster, J., concurred in by Baker, C.J., and Cox, J.